MARCH 28, 1991

No. 88–1938. TOWNSLEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 46.

APRIL 1, 1991

No. 90–404. ILLINOIS STATE LABOR RELATIONS BOARD ET AL. *v.* ILLINOIS NURSES ASSN. ET AL. App. Ct. Ill., 1st Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the advisory opinion of the National Labor Relations Board in *Correctional Medical Systems, Inc.,* 299 N. L. R. B. 654 (1990). JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari and set case for oral argument.

No. 90–731. HAINES & CO., INC., ET AL. *v.* ILLINOIS BELL TELEPHONE CO. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Feist Publications, Inc.* v. *Rural Telephone Service Co., ante,* p. 340.

No. 90–1251. PENNSYLVANIA *v.* OGBORNE. Super. Ct. Pa. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Alabama* v. *White,* 496 U. S. 325 (1990).

No. 90–6766. BLACKMER *v.* UNITED STATES. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Gozlon-Peretz* v. *United States,* 498 U. S. 395 (1991).

No. — – ——. AYSISAYH *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. — – ——. PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, AS ADMINISTRATOR OF THE ESTATE OF MILAM *v.*